0003581478 / 8132231900HAMI

# The News-Press
## media group
news-press.com   A GANNETT COMPANY

Attn:

**HAMILTON, MILLER, BIRTHISEL LLP**
**100 SOUTH ASHLEY DRIVE**
**TAMPA, FL 33602**

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**IN ADMIRALTY**

IN THE MATTER OF              CASE NO.:  2:19-cv-00308-UA-UAM

THE COMPLAINT OF FREEDOM MARINE
SALES, LLC, AS OWNER,  AND FREEDOM
BOAT CLUB, LLC, AS OWNER PRO HAC VICE,
OF THE M/V AHOY JOY (FL NO. FL4232RE), A 22'
2016 COBIA 220 CC RECREATIONAL VESSEL,
IN A CAUSE OF EXONERATION FROM OR
LIMITATION OF LIABILITY,

              Petitioners.
_____/

STATE OF FLORIDA COUNTY OF LEE:
Before the undersigned authority personally appeared
Diana Figueroa, who on oath says that he or she is a
Legal Assistant of the News-Press, a daily newspaper
published at Fort Myers in Lee County, Florida; that the
attached copy of advertisement, being a Legal Ad in the
matter of

Notice of Action

In the Twentieth Judicial Circuit Court was published in
said newspaper in the issues of:

**05/24/19, 05/31/19, 06/07/19, 06/14/19**

Affiant further says that the said News-Press is a paper
of general circulation daily in Lee County and published
at Fort Myers, in said Lee County, Florida, and that the
said newspaper has heretofore been continuously
published in said Lee County, Florida each day and has
been entered as periodicals matter at the post office in
Fort Myers, in said Lee County, Florida, for a period of
one year next preceding the first publication of the
attached copy of advertisement; and affiant further says
that he or she has never paid nor promised any person,
firm or corporation any discount, rebate, commission or
refund for the purpose of securing this advertisement for
publication in the said newspaper.

Sworn to and Subscribed before me this 14th of June
2019, by Diana Figueroa who is personally known to me.

#### NOTICE OF MONITION

LEGAL NOTICE FOR PUBLICATION. Notice is hereby given that Petitioners,  FREE
DOM MARINE SALES,LLC, as owner,  and FREEDOM BOAT CLUB, LLC, as owner  proc
hac vice (collectively the "Petitioners"),  of the M/V AHOY JOY (FL No. FL4232RE), a
22' 2016 Cobia 220 CC recreational  vessel (the "Vessel"),  at all times material, have
filed a Complaint pursuant to Title 46, United States Code, Section 30501-305012,
claiming the  right to exoneration  from or limitation  of liability  for any and all
claims allegedly  resulting  from  an incident  which occurred  on May 23, 2018 on or
near Florida's territorial  waters.  Any and all persons or corporations claiming dam-
age for any and all losses, destruction  or damage arising from, or relating  to, the
matters  set forth  in the Complaint  shall file their claims with  the Clerk of the Unit-
ed States District Court for the Middle District of Florida, Fort Myers Division, 2110
First St, Fort Myers, FL 33901 and serve on or mail to the Petitioners' attorneys.
Hamilton,  Miller  & Birthisel,  LLP, 100 South Ashley Drive, Suite 1210, Tampa, Florida
33602, Tel: (813) 223-1900, Fax: (813) 223-1933, a copy thereof  on or before  June
25, 2019; any and all persons or corporations  desiring to contest allegations of the
Complaint  shall also file an answer in the United  States District Court for the
Middle  District of Florida and shall serve a copy thereof  to the attorneys for Peti-
tioners,  on or before June 25, 2019.   **FAILURE TO TIMELY FILE A CLAIM AND/OR
ANSWER BY JUNE 25, 2019, MAY RESULT IN A DEFAULT AND/OR THE WAIVER OF
YOUR RIGHT TO FILE A CLAIM AND/OR ANSWER.**
AD# 3581478 May 24, 31 June 7, 14, 2019



_____
Affiant

_____
Notary